UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                          Case No. 12-20422
                                          Hon: AVERN COHN

MARIO HAIRSTON,

    Defendant.

_____/

## **MEMORANDUM**

On July 25, 2013, defendant pled guilty to interference with commerce by threats of violence, and to discharge of a firearm during or in relation to a crime of violence. At the plea hearing, the Court said it would personally interview the informant, *in camera*, to assure that there was an informant who identified the defendant as being at the scene of the crime. The Court has interviewed the informant. The informant advised the Court of the circumstances surrounding his identification of the defendant. There was nothing irregular in the identification.

                                             s/Avern Cohn
                                             UNITED STATES DISTRICT JUDGE

Dated: November 21, 2013

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, November 21, 2013, by electronic and/or ordinary mail.

                                             S/Carol Bethel for Sakne Chami
                                             Case Manager, (313) 234-5160